UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62069-BLOOM/Valle

CORNELIUS ROBERT CARUSO,

    Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., JOAN PIANTADOSI
and JOHN FLATHMANN,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Reconsideration ("Motion") of the Court's order of dismissal, ECF No. [5] ("Order"), in which the Court found that it lacked subject matter jurisdiction with respect to Plaintiff's claim for retaliation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").

"[T]he courts have delineated three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." *Williams v. Cruise Ships Catering & Serv. Int'l, N.V.*, 320 F. Supp. 2d 1347, 1357-58 (S.D. Fla. 2004) (citing *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994)); *see Burger King Corp. v. Ashland Equities, Inc.*, 181 F. Supp. 2d 1366, 1369 (S.D. Fla. 2002) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.") (quoting *Z.K. Marine Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992).

Upon review, the Court **GRANTS** Plaintiff's Motion, **ECF No. [6]**, and **VACATES** the

Order, **ECF No. [5]**. The Clerk of Court shall **REOPEN** this case. Plaintiff shall file new summonses for issuance, and proceed with service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2018.

                                                        **BETH BLOOM**
                                                        **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record